13 FEB -6 PM 3: 52

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **13 CR 0463 AJB** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1325 - Improper Entry by an Alien (Felony); Title 8, U.S.C., Sec. 1326(a) and (b) - |
| ISRAEL NAVA-ARELLANO, | |
| Defendant. | Removed Alien Found in the United States |

The grand jury charges:

Count 1

On or about January 25, 2013, within the Southern District of California, defendant ISRAEL NAVA-ARELLANO being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officer, and previously committed the offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325, Criminal Case No. 10CR3094-L, in the United States District Court for the Southern District of California on December 20, 2010; all in violation of Title 8, United States Code, Section 1325, a felony.

AFF:lml:San Diego
2/5/13

<u>Count 2</u>

On or about January 25, 2013, within the Southern District of California, defendant ISRAEL NAVA-ARELLANO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

It is further alleged that defendant ISRAEL NAVA-ARELLANO was removed from the United States subsequent to April 26, 2012.

DATED: February 6, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ALEXANDRA F. FOSTER
Assistant U.S. Attorney

2